

| | | | | |
|---|---|---|---|---|
| Marinov v. Fiat Chrysler Automotive | 79A04–1604–SC–881 | 12/29/2016 | BAILEY, J. | Reversed and Remanded |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Harrod v. State | 48A02–1604–CR–871 | 12/29/2016 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| C.T., In re | 49A04–1607–JC–1667 | 12/29/2016 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Penfold v. State | 63A01–1606–CR–1436 | 12/29/2016 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Funk v. State | 27A02–1601–CR–170 | 12/29/2016 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| D.W., In re | 48A05–1603–JT–723 | 12/29/2016 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Dague, In re | 25A05–1602–TR–240 | 12/30/2016 | CRONE, J. | Reversed and Remanded |
| | | | KIRSCH, J. | Concurs |
| | | | MAY, J. | Concurs |
| Hammock v. State | 63A01–1605–CR–1117 | 12/30/2016 | KIRSCH, J. | Dismissed and Remanded |
| | | | MAY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Brookins v. State | 49A02–1601–CR–169 | 12/30/2016 | PYLE, J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Trevino v. Comprehensive Care, Inc. | 45A05–1603–CT–683 | 12/30/2016 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Orwig v. State | 31A01–1604–CR–825 | 12/30/2016 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |